```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELIQUE B. MEJIAS,

                         Petitioner,

    -against-

PEOPLE OF THE STATE OF NEW YORK,

                         Respondent.

1:21-CV-6265 (VEC)

ORDER TO ANSWER,
28 U.S.C. § 2254

**VALERIE CAPRONI, United States District Judge:**

    Having determined that this amended petition under 28 U.S.C. § 2254 should not be summarily denied, the Court hereby orders that:

    The Clerk of Court is directed to serve a copy of this order and the amended petition on the Attorney General of the State of New York and on the District Attorney of New York County by electronic means through the use of the court's CM/ECF system.

    Within 60 days of the date of this order, Respondent must file and serve (1) an answer, motion, or other response to the amended petition, and (2) the transcripts and briefs identified in Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

    Petitioner may file and serve any reply papers within 30 days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:   October 12, 2021
            New York, New York

                                                    _____
                                                         VALERIE CAPRONI
                                                         United States District Judge