USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021

SUPREME COURT FOR THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

RECEIVED
SDNY PRO SE OFFICE
2021 OCT 14 AM 10: 33

Angelique B. Mejias

-vs-

The People of the State of New York

HABEAS CORPUS MOTION Petition
ATTACHMENT: ( C-1 )

Index: 1:21-CV-6265(LTS)
NSID: 07906342M
Ind: 4477-16

STATE OF NEW YORK)
COUNTY OF WESTCHESTER)ss.:

> Application to submit attachments to Plaintiff's amended petition is GRANTED. The Clerk of Court is respectfully directed to send a copy of this order to Plaintiff.
>
> SO ORDERED:
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 10/15/2021

Attachment (C-1)

I, Angelique B. Mejias on Petition #1:21-CV-6265 (LTS), would now submit by motion Attachment (C-1) for Amend Petition by Prisoner, or Attach by copy for original motion submittion. Exhibit M, N, of case laws referanced for consideration, by court of review in the U.S. District Court Southern District of New York and set forth with all papers submitted on #1:21-CV-6265(LTS). (P.1)