```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANGELIQUE MEJIAS,

                           Plaintiff,

       -against-

THE PEOPLE OF THE STATE OF NEW YORK,

                         Defendant.
-----------------------------------------------------------------X

21-CV-6265 (VEC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    Regarding Respondent's letter to the Court (ECF No. 34), Respondent shall serve its opposition on Petitioner to the address on the docket and ECF No. 19 by **June 1, 2022**.

Petitioner shall file her reply by **August 1, 2022.**

**The Clerk of Court is respectfully requested to send a copy of this order to the Petitioner.**

    **SO ORDERED.**

DATED:    New York, New York
                 May 25, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge