USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANGELIQUE MEJIAS,

                            Plaintiff,                      21-CV-6265 (VEC) (KHP)

       -against-                                  **ORDER**

THE PEOPLE OF THE STATE OF NEW YORK,

                            Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court previously ordered that Plaintiff file her reply to Respondent's opposition by **August 1, 2022** (ECF No. 35.) No reply was filed. Therefore, Petitioner shall file her reply by **June 22, 2023.** If no reply is filed by the deadline, the Court will decide the petition without Petitioner's reply.

      **The Clerk of Court is respectfully requested to send a copy of this order to the Petitioner.**

      **SO ORDERED.**

DATED:      New York, New York
                 May 25, 2023

                                                           *Katharine H. Parker*
                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge